UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

MELODY STOOPS,

       Plaintiff,

  v.                                Case No. 3:15-cv-218-KRG

CREDIT PROTECTION ASSOCIATION, L.P.,

       Defendant.

## NOTICE OF APPEARANCE

**TO THE CLERK:**

KINDLY ENTER the appearance of JORDAN BERTY, ESQUIRE and MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP, on behalf of Defendant, CREDIT PROTECTION ASSOCIATION, L.P. in the above-captioned matter.

                **MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**

                */s/ Jordan Berty*
By: _____
                JORDAN BERTY, ESQUIRE
                PA ID. No. 321065
                Attorney for Defendant, CREDIT PROTECTION ASSOCIATION, L.P.

                EQT Plaza – Suite 390
                625 Liberty Avenue
                Pittsburgh, PA  15222
                Phone:  412.928.0502
                jberty@defensecounsel.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 11th day of December, 2015, a true and correct copy of the NOTICE OF APPEARANCE was served on the following counsel of record via the Court's ECF filing system:

Brett Freeman, Esquire
SABATINI LAW FIRM, LLC
216 N. Blakely Street
Dunmore, PA 18512

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**

BY: */s/ Jordan Berty*
_____
JORDAN BERTY, ESQUIRE
Attorney for Defendant,
CREDIT PROTECTION ASSOCIATION, L.P.