# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melody Stoops, <br><br> Plaintiff, <br><br> v. <br><br> Credit Protection Association, L.P., <br><br> Defendant. | Civil No. 3:15-cv-00218-KRG <br><br> (JUDGE KIM R. GIBSON) |

## STIPULATION OF VOLUNTARY DISMISSAL

## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

The undersigned parties hereby stipulate and agree that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

DATED:  October 4, 2016

By: */s/ Jason G. Wehrle*
Jason G. Wehrle
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
EQT Plaza, 625 Liberty Avenue, Suite 390
Pittsburgh, PA 15222
(412) 928-0502
jwehrle@defensecounsel.com

Attorney for Defendant
CREDIT PROTECTION
ASSOCIATION, L.P.

By: */s/ Joseph R. Manning, Jr.*
Joseph Richard Manning , Jr., pro hac vice
Manning Law, APC
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
(949) 200-8755
info@manninglawoffice.com

Attorneys for Plaintiff
MELODY STOOPS

## CERTIFICATE OF SERVICE

Service is being effected upon counsel for counsel of record via the CM/ECF system.

By: */s/ Joseph R. Manning, Jr.*
     Joseph Richard Manning , Jr., pro hac vice
     Manning Law, APC
     4667 MacArthur Blvd., Suite 150
     Newport Beach, CA 92660
     (949) 200-8755
     info@manninglawoffice.com